COMMONWEALTH of Pennsylvania,
Respondent,

v.

Ricky Dean WHITNEY, Petitioner.

Supreme Court of Pennsylvania.

Nov. 12, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of November, 2003, the above-captioned Petition for Allowance of Appeal is hereby granted, the order of the Superior Court is reversed, see *Commonwealth v. Liebel*, 573 Pa. 375, 825 A.2d 630 (2003), and the matter is remanded to the Court of Common Pleas of Adams County to hold an evidentiary hearing on the timeliness of Petitioner's petition filed pursuant to the Post–Conviction Relief Act, 42 Pa.C.S. §§ 9541–9546.

Justice SAYLOR dissents.

TRI–COUNTY INDUSTRIES, INC.
and Tri–County Landfill, Inc.,
Petitioners,

v.

COMMONWEALTH of Pennsylvania,
DEPARTMENT OF ENVIRONMENTAL PROTECTION, Respondent.

Supreme Court of Pennsylvania.

Nov. 12, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of November, 2003, the Petition for Allowance of Appeal is granted. The "Application to Supplement the Petition for Allocatur" is granted. It is further ordered that the matter be CONSOLIDATED with *Eagle Environmental II, L.P. v. Department of Environmental Protection, et al.,* No. 173 MAL 2003, —— Pa. ——, 835 A.2d 707, 2003 WL 22681270.